Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
mayers@hinshawlaw.com

Randy J. Aoyama (020096)
Michael R. Ayers (024318)
Attorneys for Defendant Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Nez,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br><br>    Defendant. | No. 3:14-cv-08074-MEA<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff, Kimberly Nez, and Defendant Midland Credit Management, Inc., hereby give notice that this matter has been settled. The Parties request the Court to vacate all dates and deadlines. A stipulation for Dismissal will be filed with the Court upon its execution, but no later than thirty (30) days from this Notice.

DATED this 16th day of July, 2014.

23349569v1 0959078

HINSHAW & CULBERTSON LLP

/s/ Randy J. Aoyama
Michael R. Ayers
Randy J. Aoyama
Michael R. Ayers
Attorneys for Defendant Midland Credit Management, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

A copy of the document was mailed to:

J. Mark Meinhardt
Meinhardt Law Firm
1 E. Washington Street, Suite 500
Phoenix, AZ 85004-2558
Attorneys for Plaintiff

By  /s/ Eleanor Powell

2

23349569v1 0959078