# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Nez,<br><br>            Plaintiff,<br><br>v.<br><br>Midland Credit Management Incorporated,<br><br>            Defendant. | No. CV-14-08074-PCT-DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation of the parties (Doc. 19),

**IT IS ORDERED** that the stipulation (Doc. 19) is **granted**. This action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 4th day of August, 2014.

_____
David G. Campbell
United States District Judge